IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT JOSEPH TUNNELL     *

Petitioner     *

v     *     Civil Action No. CCB-10-3219

HARFORD COUNTY DETENTION CENTER*
And THE ATTORNEY GENERAL OF
THE STATE OF MARYLAND     *

Respondents     *
    ***

## **MEMORANDUM**

The above-captioned petition for writ of habeas corpus was filed on November 12, 2010, together with a motion to proceed in forma pauperis. ECF No. 2. Because he appears to be indigent, petitioner's motion shall be granted.

Petitioner seeks habeas relief under 28 U.S.C. §2254. He states he has been in custody at the Harford County Detention Center since May 12, 2010, and his trial date is not until February 2, 2011. ECF No. 1 at p. 6. When filing a federal habeas corpus application under 28 U.S.C. §2254, a petitioner must show that all of his claims have been presented to the state courts. *See* 28 U.S.C. §2254(b) and (c); *see also Preiser v. Rodriguez*, 411 U.S. 475, 491 (1973). This exhaustion requirement is satisfied by seeking review of the claim in the highest state court with jurisdiction to consider it.

It is clear that petitioner has not exhausted his claims inasmuch as he has not yet stood trial. The petition has been filed prematurely and must be dismissed without prejudice by separate order which follows.

November 22, 2010                                            _____/s/_____
Date                                                             Catherine C. Blake
                                                                United States District Judge